UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH GUARINO

                                      Plaintiff

               -against-                 AFFIDAVIT OF SERVICE
                                                     CV 08 02978
                                                     JUDGE MARRERO

THE CITY OF NEW YORK, et al.

                                   Defendants
-------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF KINGS)    ss:


       MICHAEL COLIHAN, an attorney duly licensed to practice before all the Courts of the state of New York, affirms the truth of the following under penalties of perjury:

       1. I am over eighteen years of age and reside in the state of New York.

       2. On March 27, 2008, at 10:18 am at 100 Church Street, New York, NY I served the Summons and Complaint herein upon THE CITY OF NEW YORK one of the defendants herein, by delivering a true copy of each to MADELYN SANTANA a person of suitable age & discretion, who represented she was authorized to accept same.

       3. Your affirming further describes said Madelyn Santana as follows: Hispanic female about 30 years in age, 5' 5" in height, approximately 110 lbs, with short black hair and brown eyes.

                                                               _____
                                                                 MICHAEL COLIHAN