```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
JOSEPH GUARINO,                      :
                                     :
                  Plaintiff,         :
                                     :    08 CIV 2978(VM)
                                     :
         - against -                 :    ORDER
                                     :
THE CITY OF NEW YORK and POLICE      :
OFFICER SALVATORE DESANTIS,          :
                                     :
                  Defendants.        :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff Joseph Guarino("Guarino") asserts that he is a resident of Richmond County, New York; that defendant City of New York (the "City") is a municipal corporation existing under the laws of the State of New York; and that defendant Salvatore DeSantis is a police officer in the City's Police Department. The complaint indicates that the events giving rise to the underlying action occurred in connection with the alleged unlawful arrest, imprisonment and prosecution of Guarino in Richmond County. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08
```

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         26 March 2008

                                    _____
                                    VICTOR MARRERO
                                         U.S.D.J.